**Abatement Order filed February 28, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00057-CV
_____

## IN RE NELSON T. HENSLEY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-14036**

---

## A B A T E M E N T   O R D E R

On February 22, 2012, the parties notified this court that the parties had reached a settlement on this matter, and requested that the proceeding be abated for finalization of the settlement agreement. The motion is granted. Accordingly, we issue the following order.

The proceeding is abated, treated as a closed case, and removed from this court's active docket until **April 13, 2012**. The proceeding will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the petition for writ of mandamus or other dispositive motion. The court will also consider an appropriate

motion to reinstate the proceeding filed by either party, or the court may reinstate the proceeding on its own motion.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.